# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID W. MOWERS  
8309 AUTUMNWOOD DRIVE, APT. #B   SSN-xxx-xx-8624  
MACHESNEY PARK, IL  61115

Case Number: 08-72685

Case filed on: 8/20/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,764.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 1,221.13 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,221.13 | 0.00 |
| 015 | ATTORNEY ANDREW NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID W. MOWERS | 0.00 | 0.00 | 441.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 441.00 | 0.00 |
| 001 | WELLS FARGO BANK NA | 76,718.54 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 76,718.54 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 5,360.25 | 4,020.19 | 0.00 | 0.00 |
| 006 | DFS SERVICES LLC | 15,099.28 | 11,324.46 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 564.74 | 423.55 | 0.00 | 0.00 |
| 008 | GE CONSUMER FINANCE | 759.41 | 569.56 | 0.00 | 0.00 |
| 009 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,303.81 | 977.86 | 0.00 | 0.00 |
| 011 | CHASE BANK USA NA | 929.00 | 696.75 | 0.00 | 0.00 |
| 012 | ROCKFORD POSTAL EMPLOYEES C.U. | 2,835.81 | 2,126.86 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 4,465.34 | 3,349.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 659.22 | 494.41 | 0.00 | 0.00 |
| 016 | WELLS FARGO FINANCIAL | 405.92 | 304.44 | 0.00 | 0.00 |
|  | Total Unsecured | 32,382.78 | 24,287.08 | 0.00 | 0.00 |
|  | Grand Total: | 112,601.32 | 27,787.08 | 1,662.13 | 0.00 |

Total Paid Claimant:     $1,662.13  
Trustee Allowance:       $101.87            Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan